966

petitioners. *William C. Green* for respondent. ■

No. 719. UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA ET AL. *v.* WESTINGHOUSE ELECTRIC CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Arthur Kinoy* and *Frank J. Donner* for petitioners. *John C. Bane, Jr.* for the Westinghouse Electric Corporation, and *Benjamin C. Sigal* for the International Union of Electrical, Radio & Machine Workers (CIO) et al., respondents.

No. 724. HAMILTON FOUNDRY & MACHINE Co. *v.* INTERNATIONAL MOLDERS & FOUNDRY WORKERS UNION OF NORTH AMERICA (AFL) ET AL. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Robert A. Wilson* for respondents.

No. 733. MOSES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Alfred E. Roth* and *Charles Dana Snewind* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 743. SHOLL ET AL. *v.* CADWALLADER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George A. Chadwick, Jr.* for petitioners. *Ralph F. Berlow* for respondent.

No. 749. OVERSEAS TANKSHIP CORP. *v.* KEEN. C. A. 2d Cir. Certiorari denied. *Peter Keber* for petitioner. *Henry Fogler* for respondent.